Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** | **Richard** | |
| Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | First name | First name |
| | **Lemond** | |
| | Middle name | Middle name |
| Bring your picture identification to your meeting with the trustee. | **Tate** | |
| | Last name | Last name |
| | Suffix (Sr., Jr, II, III) | Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years** | First name | First name |
| Include your married or maiden names and any assumed, trade names and *doing business as* names. | Middle name | Middle name |
| | Last name | Last name |
| Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | Business name (if applicable) | Business name (if applicable) |
| | Business name (if applicable) | Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **4 6 8 4** OR **9**xx - xx - __ __ __ __ | xxx - xx - __ __ __ __ OR **9**xx - xx - __ __ __ __ |

Debtor 1    **Richard**      **Lemond**      **Tate**

         First Name          Middle Name        Last Name

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.  Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |

**5.  Where you live**

**2750 Clay St**

Number      Street

_____

**Houston, TX 77003-4519**

City             State    ZIP Code

**Harris**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____

Number      Street

_____

P.O. Box

_____

City             State    ZIP Code

**If Debtor 2 lives at a different address:**

_____

Number      Street

_____

_____

City             State    ZIP Code

_____

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____

Number      Street

_____

P.O. Box

_____

City             State    ZIP Code

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

Debtor 1     **Richard**     **Lemond**     **Tate**

           First Name      Middle Name      Last Name

Case number *(if known)* _____

---

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ MM / DD / YYYY | _____ |
| _____ | _____ MM / DD / YYYY | _____ |
| _____ | _____ MM / DD / YYYY | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

| Debtor | | Relationship to you |
|---|---|---|
| _____ | | _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 3

Debtor 1      **Richard**          **Lemond**          **Tate**                                Case number *(if known)* _____
             First Name          Middle Name          Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number       Street

_____

_____
City                          State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.      I am not filing under Chapter 11.

☐ No.      I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1   **Richard**          **Lemond**          **Tate**                               Case number *(if known)* _____

First Name          Middle Name          Last Name

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

_____

Where is the property?   _____

Number          Street

_____

_____          _____   _____

City                                        State      ZIP Code

Debtor 1    **Richard**          **Lemond**           **Tate**                                    Case number *(if known)* _____

        First Name      Middle Name        Last Name

---

**Part 5:**  Explain Your Efforts to Receive a Briefing About Credit Counseling

| | | |
|---|---|---|
| **15.** **Tell the court whether you have received a briefing about credit counseling.** | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1      **Richard**          **Lemond**          **Tate**                                    Case number *(if known)* _____

First Name        Middle Name         Last Name

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.  What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
❑ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

❑ No. Go to line 16c.
☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts.

_____

**17.  Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

❑ No.   I am not filing under Chapter 7. Go to line 18.

☑ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
❑ Yes

**18.  How many creditors do you estimate that you owe?**

☑ 1-49
❑ 50-99
❑ 100-199
❑ 200-999
❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000
❑ 25,001-50,000
❑ 50,000-100,000
❑ More than 100,000

**19.  How much do you estimate your assets to be worth?**

❑ $0-$50,000
❑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million
❑ $1,000,001-$10 million
☑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million
❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

**20.  How much do you estimate your liabilities to be?**

❑ $0-$50,000
❑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million
☑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million
❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Richard Lemond Tate**_____

Richard Lemond Tate, Debtor 1

Executed on **11/15/2024**_____
MM/  DD/  YYYY

Debtor 1    **Richard**    **Lemond**    **Tate**        Case number *(if known)* _____

First Name      Middle Name      Last Name

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X**   **/s/ PHILLIP TRUEBA**        Date **11/15/2024**

Signature of Attorney for Debtor        MM / DD / YYYY

**PHILLIP TRUEBA**

Printed name

**PHILLIP TRUEBA, ATTORNEY AT LAW**

Firm name

**13201 NORTHWEST FWY 800**

Number      Street

**Houston**             **TX**    **77040**

City             State    ZIP Code

Contact phone **(713) 898-4004**      Email address **PTRUEBA@TRUEBALAW.COM**

**24005582**             **TX**

Bar number             State

---

**Fill in this information to identify your case and this filing:**

Debtor 1     **Richard**       **Lemond**       **Tate**
          First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)     First Name          Middle Name          Last Name

United States Bankruptcy Court for the:     **Southern**     District of     **Texas**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
| --- | --- |

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.

    ☑ Yes. Where is the property?

1.1   **2750 Clay St**
Street address, if available, or other description

 

**Houston, TX 77003-4519**
City     State     ZIP Code

**Harris**
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $403,000.00 | $403,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ....................................... →    **$403,000.00**

| Part 2: | Describe Your Vehicles |
| --- | --- |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

Debtor **Tate, Richard Lemond** _____ Case number *(if known)* _____

---

**3.1** Make: **RAM**

Model: **1500**

Year: **2025**

Approximate mileage: **300**

Other information:

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $34,000.00 | $34,000.00 |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

**4.1** Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| _____ | _____ |

**5.** **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...............................................................................  ➡  | $34,000.00 |

---

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6.** **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe. .........

| **SEE ITEMIZED LISTING OF HOUSEHOLD GOODS AND FURNISHINGS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE AS EXHIBIT "A"** | $13,565.00 |
|---|---|

**7.** **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe. .........

| **SEE ITEMIZED LISTING OF ELECTRONIC GOODS AND ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE AS EXHIBIT "B"** | $20,045.00 |
|---|---|

---

Official Form 106A/B        **Schedule A/B: Property**        page **2**

Debtor  **Tate, Richard Lemond** _____  Case number *(if known)* _____

---

8.  **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .........

   _____

9.  **Equipment for sports and hobbies**

   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No

   ☐ Yes. Describe. .........

   _____

10. **Firearms**

   *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

   ☐ No

   ☑ Yes. Describe. .........

   | | |
   |---|---:|
   | **9MM GLOCK 19** <br><br> **AMMUNITION (50 ROUNDS)** | $350.00 |

11. **Clothes**

   *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No

   ☑ Yes. Describe. .........

   | | |
   |---|---:|
   | **PANTS, SHIRTS, SHOES, ETC.** | $450.00 |

12. **Jewelry**

   *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☑ No

   ☐ Yes. Describe. .........

   _____

13. **Non-farm animals**

   *Examples:*  Dogs, cats, birds, horses

   ☑ No

   ☐ Yes. Describe. .........

   _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No

   ☐ Yes. Give specific information. .............

   _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................................................➔

   | |
   |---:|
   | $34,410.00 |

---

**Part 4:**   Describe Your Financial Assets

---

Debtor __Tate, Richard Lemond_____     Case number *(if known)* _____

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

❏ No

☑ Yes ......................................................................................................................................     Cash: ..................     **$75.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

❏ No

☑ Yes ....................          Institution name:

|  |  |  |
|---|---|---|
| 17.1. Checking account: | **BANK OF AMERICA**<br>**Account Number: 2638** | **($45.00)** |
| 17.2. Checking account: | **BANK OF AMERICA (INHERITED FATHER'S COMPANY FUNDS ON HAND)**<br>**Account Number: 0091** | **$25.97** |
| 17.3. Savings account: | **BANK OF AMERICA**<br>**Account Number: 3026** | **$7.44** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

❏ Yes ....................          Institution or issuer name:

Debtor **Tate, Richard Lemond**      Case number *(if known)* _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

     ☐ No

     ☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| APF HEALTHCARE ENTERPRISE LLC | 100.00% | $0.00 |
| AT HOME HEALTHCARE GROUP, (OWNED EQUITY IN APF HOME HEALTHCARE GROUP, NOT A FUNCTIONAL BUSINESS) | 100.00% | $0.00 |
| AT HOME HEALTHCARE SKILLED PRIVATE DUTY | 100.00% | $0.00 |
| FITNESS INVESTMENT GROUP (LAWSUIT & VALUE OF EQUIPMENT) | 100.00% | $1,800.00 |
| FITNESS INVESTMENT GROUP HOUSTON HEIGHTS (LAWSUIT AND EQUIPMENT VALUED AT $35,000.00) | 100.00% | $35,100.00 |
| FITNESS INVESTMENT GROUP SHOPS AT HIGHLIGHT PARK. [NON-OPERATIONAL, BUSINESS HAS A PENDING LAWSUIT FOR VALUE IS BASED ON ESTIMATED VALUE OF INVENTORY OF $11,290.00 CONSISTING OF FITNESS EQUIPMENT] | 100.00% | $11,290.00 |
| FITNESS INVESTMENT GROUP, VICTORY PARK LLC | 100.00% | $0.00 |
| HOUSTON FITNESS INTERESTS LLC (NEVER OPERATED) | 100.00% | $0.00 |
| NWB [NEVER OPERATED] | 100.00% | $0.00 |
| SOCIAL WAVE (NEVER OPERATED | 100.00% | $0.00 |
| SWIFT DELIVERY, LLC (NON-OPERATIONAL) (VALUE BASED ON REMAINING HARD ASSETS CONSISTING OF LAPTOPS, PRINTERS, ETC) | 100.00% | $4,929.00 |
| TATE BROTHERS TRUCKING (ONLY VALUE IS REMAINING FUNDS IN BANK ACCOUNT LISTED ABOVE) | 100.00% | $0.00 |
| TATE LOGISTICS, LLC (NEVER OPERATIONAL) | 100.00% | $0.00 |
| ZELLO WELLNESS, LLC (OPENED IN 2024 BUT NEVER OPERATED, NO FUNDS OR BANK ACCOUNTS) | 100.00% | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

     ☑ No

     ☐ Yes. Give specific information about them....................

     Issuer name:

Debtor  **Tate, Richard Lemond**                                    Case number *(if known)* _____

21. **Retirement or pension accounts**

   *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☐ No

   ☑ Yes. List each        Type of account:        Institution name:
   account separately.

   401(k) or similar plan:  **FIDELITY** _____              **$45,321.00**

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company

   *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☑ No

   ☐ Yes ...................                    Institution name or individual:

                           Electric:         _____          _____

                           Gas:              _____          _____

                           Heating oil:      _____          _____

                           Security deposit on rental unit:  _____       _____

                           Prepaid rent:     _____          _____

                           Telephone:        _____          _____

                           Water:            _____          _____

                           Rented furniture: _____          _____

                           Other:            _____          _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No

   ☐ Yes ...................    Issuer name and description:

                           _____          _____

                           _____          _____

                           _____          _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No

   ☐ Yes ...................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

                           _____          _____

                           _____          _____

                           _____          _____

Debtor **Tate, Richard Lemond**                                    Case number *(if known)* _____

---

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...   [                    ]   _____

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...   [                    ]   _____

27.  **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...   [                    ]   _____

| Money or property owed to you? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28.  **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................

Federal: _____
State: _____
Local: _____

29.  **Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

30.  **Other amounts someone owes you**

*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........   [                    ]   _____

---

Debtor **Tate, Richard Lemond**                          Case number *(if known)* _____

---

31.  **Interests in insurance policies**

Examples:  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
  of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

32.  **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **8**

Debtor **Tate, Richard Lemond**          Case number *(if known)*

---

33.   **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

  *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

  ☐ No

$10,000,000.00

☑ Yes. Describe each claim. ..............

Richard Tate et al. v. Floyd Mayweather, Jr. et al. case no. 24STCV16996 The First Amended Complaint in the Los Angeles Superior Court matter entitled Richard Tate (Mr. Tate) et al. v. Floyd Mayweather Jr. et al., case no. 24STCV16996 (the "LA Case"), filed on August 19, 2024, by RICHARD TATE, an individual, and FITNESS INVESTMENT GROUP VICTORY PARK, LLC, a limited liability company, FITNESS INVESTMENT GROUP, LLC, a limited liability company, FITNESS INVESTMENT GROUP SHOPS AT HIGHLAND PARK, LLC, a limited liability company, and FITNESS INVESTMENTS GROUP HOUSTON HEIGHTS LLC, a limited liability company, (the Plaintiffs) against FLOYD MAYWEATHER JR. an individual, JAMES WILLIAMS, an individual, MICHAEL J. DELUCA MELBY, an individual, BURREL LEE WILKS III (Jr.), an individual; BRYAN DIAZ, an individual; MW FRANCHISE HOLDINGS INTERNATIONAL, LLC, a limited liability company, MW FITNESS HOLDINGS, LLC, a limited liability company, IVYFIT HOLDINGS, LLC a limited liability company (the Defendants) primarily centers around allegations of fraud and misrepresentation related to franchise agreements with "Mayweather Boxing + Fitness." Mr. Tate, who invested in these franchises, alleges he was misled by false promises, material omissions, and unrealistic financial projections provided by the Defendants in Franchise Disclosure Documents (FDDs) and during franchise negotiations, particularly at events like the 2020 Discovery Day. The causes of actions in the LA Case are summarized below: • Unlawful Offer and Sale of Franchises (Violation of Cal. Corp. Code §§ 31200, 31202, 31300): Defendants in the LA Case allegedly made untrue statements or omitted material facts, entitling Mr. Tate to damages in an amount to be determined but not less than $3,000,000. • Fraud: Allegations of fraud against the Defendants in the LA Case, including, but not limited to, misrepresentations in the 2019 and 2020 FDDs, entitling Mr. Tate to damages in an amount to be determined but not less than $3,000,000. • Promissory Fraud: Allegations of misleading promises against the Defendants in the LA Case made by MW executives at Discovery Day regarding financial support for franchisees, entitling Mr. Tate to damages in an amount to be determined but not less than $3,000,000. • Negligent Misrepresentation: Claims that Defendants in the LA Case negligently provided false information in FDDs, entitling Mr. Tate to damages in an amount to be determined but not less than $3,000,000. • Refund of Amount Paid to Unlicensed Contractor (Violation of Cal. Bus. & Prof. Code § 7031(b)): Mr. Tate seeks the return of $150,000 paid to MW Franchise for unlicensed contracting services in the LA Case. • Unlawful, Unfair, and Fraudulent Business Practices (Violation of Cal. Bus. & Prof. Code § 17200 et seq.): Allegations that Defendants in the LA Case engaged in fraudulent business practices, entitling Mr. Tate to restitution and disgorgement of all sums paid under these practices, to be determined at trial but not less than $3,000,000. • Selling a Franchise in Violation of Cal. Corp. Code § 31119: Claims that the Defendants in the LA Case failed to provide FDDs in a timely manner as required by law, allowing Mr. Tate to seek rescission of agreements and damages to be determined at trial but not less than $3,000,000. The cause of actions listed above is a summarization; the reader of this summarization should review the LA Case in its entirety to obtain a full understanding of the complaint. In addition to the Mr. Tate claims, as currently asserted on August 19, 2024, in the LA Case, Mr. Tate may have the following further claims (more investigation is needed): • Unlawful, unfair and fraudulent business practices (violation of California Business and Professions Code § 17200 et seq.) against all Defendants in the LA Case based on Defendants' violation of the Franchise Rule (16 CFR § 436), entitling Mr. Tate to injunctive relief and restitution of all sums paid to Defendants, in an amount to be determined at trial but no less than $3,000,000; • Unlawful, unfair and fraudulent business practices against all Defendants in the LA Case based on Defendants engaging in mail and wire fraud, entitling Mr. Tate to injunctive relief and restitution of all sums paid to Defendants, in an amount to be determined at trial but no less than $3,000,000; • Civil claims under the Racketeer Influenced and

Case 24-35372   Document 1   Filed in TXSB on 11/15/24   Page 19 of 99

Debtor **Tate, Richard Lemond**                                    Case number *(if known)* _____

---

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. .............. _____

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........ _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................................... ➡ **$10,098,503.41**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. ......... _____

39. **Office equipment, furnishings, and supplies**

    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. ......... _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. ......... _____

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. ......... _____

---

Debtor __Tate, Richard Lemond__                                    Case number *(if known)* _____

---

42.  **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

|  | Name of entity: | % of ownership: |  |
|---|---|---|---|
|  | _____ | _____ | _____ |
|  | _____ | _____ | _____ |
|  | _____ | _____ | _____ |

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
    information .........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ............................................................................................. ➡ | **$0.00** |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

Official Form 106A/B                          **Schedule A/B: Property**                          page **11**

Debtor __Tate, Richard Lemond__       Case number *(if known)* _____

---

47. **Farm animals**

   *Examples:* Livestock, poultry, farm-raised fish

   ☑ No

   ❏ Yes ........................      _____

48. **Crops—either growing or harvested**

   ☑ No

   ❏ Yes. Give specific
   information. ............      _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   ☑ No

   ❏ Yes ........................      _____

50. **Farm and fishing supplies, chemicals, and feed**

   ☑ No

   ❏ Yes ........................      _____

51. **Any farm- and commercial fishing-related property you did not already list**

   ☑ No

   ❏ Yes. Give specific
   information. ............      _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
   for Part 6. Write that number here** ...................................................................................................... ➔ | **$0.00**

---

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

   *Examples:* Season tickets, country club membership

   ☑ No

   ❏ Yes. Give specific
   information. ............      _____

        _____

        _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... ➔ | **$0.00**

---

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ....................................................................................................... ➔ | **$403,000.00**

56. **Part 2: Total vehicles, line 5**      **$34,000.00**

57. **Part 3: Total personal and household items, line 15**      **$34,410.00**

---

Debtor **Tate, Richard Lemond**                                        Case number *(if known)* _____

| | | |
|---|---|---|
| 58. | **Part 4: Total financial assets, line 36** | $10,098,503.41 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 |

62. **Total personal property.** Add lines 56 through 61. ............... $10,166,913.41     Copy personal property total ➔     + $10,166,913.41

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................ $10,569,913.41

B Household Goods List

Please fill out this form completely. You will need to go through each room in your home and log items on this form.  If an item is not listed, please add under that category, or in the "OTHER ITEMS/MISCELLANEOUS" category. Be specific when filling this out. The court requires documentation on all household goods.

## LIVING ROOM

| ITEM | QUANTITY | FAIR MARKET VALUE |
|---|---|---|
| Sofa (purchased around 2009 set) | 1 | $900 |
| Love Seat | | |
| Side Chair | | |
| Ottoman (apart of the sofa set) | 1 | |
| Coffee Table | 8 | $80 |
| End Table | 0 | |
| Bookcase | 0 | |
| Stereo Cabinet | | |
| Entertainment Center (purchased around 2009-2011) | 1 | $80 |
| TV Stand (tv mount) | 1 | $50 |
| Lamp (4 silver lamps) | 4 | $100 |

## **KITCHEN/DINING/UTILITY**

| ITEM | QUANTITY | FAIR MARKET VALUE |
|---|---|---|
| Stove (2007) | 1 | $85 |
| Refrigerator (2007) | 1 | $150 |
| Wine Cooler | 0 | |
| Trash Compactor (2024) | 1 | $150 |
| Dishwasher (2017-2019) | 1 | $185 |
| Microwave (2007-unknown) | 2 | $100 |
| Pots/Pans/Dishes/Glassware/knifes | | $600 |
| Table and Chairs ([2 x dinner room table with four chairs] two stools.  ) | | $650 |
| Dryer | 1 | $200 |
| Washer | 1 | $200 |
| OTHER: | | |
| ninja foodies | 2 | $400 |
| Ninja BL770 Mega Kitchen System, 1500W, 4 Functions for Smoothies, Processing, Dough, Drinks & More, with 72 Blender Pitcher, 64 Processor Bowl, (2) 16-oz. to-Go, Black, with 2 Nutri Cups + Lids | 2 | $250 |
| Opti grill | 1 | $45 |
| Lamp | 1 | $25 |
| Instant Pot DUO Plus 60, 6 Qt 9-in-1 Multi- Use Programmable Pressure Cooker, Slow Cooker, Rice Cooker, Yogurt Maker, Egg Cooker, Sauté, Steamer, Warmer, and Sterilizer 4 years old | 1 | $35 |
| Can opener | 1 | $25 |

**BEDROOM ONE**

| ITEM | QUANTITY | FAIR MARKET VALUE |
|---|---|---|
| Bed | 1 | $2300 |
| Mattress | 1 | $1000 |
| Dresser | 2 | $350 |
| Nightstand | 1 | $35 |
| Clock | 0 | |
| Chest of Drawers | 0 | |
| Armoire | | |
| Futon | 2 | $250 |

**BEDROOM TWO**

| ITEM | QUANTITY | FAIR MARKET VALUE |
|---|---|---|
| Bed | 1 | $100 |
| Mattress | 1 | $450 |

| | | |
|---|---|---|
| Dresser | 0 | |
| Nightstand | 0 | |
| Clock | 0 | |
| Chest of Drawers | 0 | |
| Armoire | 0 | |
| Desk | 2 | $350 |
| Rolling TV stand | 1 | $120 |
| Office chairs | 3 | $150 |

**GYM Room**

| ITEM | QUANTITY | FAIR MARKET VALUE |
|---|---|---|
| Rogue Rack | 1 | $1000 |
| Weight set (multiple weights between 5lb-45lbs) | | $1200 |
| Barbell | 2 | $500 |
| Bowflex Dumbbell | 1 | $250 |
| Blowflex trainer | 1 | $350 |
| Pelton | 1 | $500 |

**GARAGE/STORAGE/OUTDOOR/MISCELLANEOUS ITEMS (BE SPECIFIC)**

| ITEM | QUANTITY | FAIR MARKET VALUE |
|---|---|---|
| Lawn Equipment | | |
| Tools (DeWalt Drill set) | 1 | $300 |
| Patio Furniture | 1 | $10 |
| Broken grill | 1 | $15 |
| Broken Patio Furniture | 1 | $25 |

**OTHER ITEMS/MISCELLANEOUS (BE SPECIFIC)**

| ITEM | QUANTITY | FAIR MARKET VALUE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Please place the grand total here: $13,565.00

Appendix A Richard Tate Home Electronics

| MANUFACTURER | AGE | Quantity | Per Unit | Total |
|---|---|---|---|---|
| Samsung SAMSG-QN85Q80TAFXZA-*85" | 3 years | 1 | $2,000.00 | $2,000.00 |
| | | | | |
| Samsung computer monitor UN32M4500BFXZA | 3 years | 1 | $85.00 | $85.00 |
| Samsung 65 inch | 3 years | 1 | $500.00 | $500.00 |
| Samsung  65 inch | 7 years? | 1 | $150.00 | $150.00 |
| Samsung DLP TV | 19-20 years | 1 | $20.00 | $20.00 |
| MacBook Pro 16-inch, 2021, 16 gb ram | 3 years | 1 | $2,000.00 | $2,000.00 |
| Macbook Pro 15 | 7 years | 1 | $379.00 | $379.00 |
| Mac M1 Imac 15 inch core i7l, 2017 16 gb ram, 256 2021 | 3 years | 1 | $700.00 | $700.00 |
| Mac Mac Mini Desktop M1 2021 | 3.5 years | 2 | $800.00 | $1,600.00 |
| Mac Mac Mini Desktop Intel | 3.5 years | 1 | $400.00 | $400.00 |
| APPLE WATCH ULTRA(C)AMR,49MM,TITANIUM | 2 years | 1 | $400.00 | $400.00 |
| Apple 16 (financed via Tmobile) | 1 month | 2 | $0.00 | $0.00 |
| Galaxy s24 (financed via Tmobile) | 1 month | 1 | $0.00 | $0.00 |
| Apple 12 pro max | 3-4 years | 1 | $300.00 | $300.00 |
| Galaxy s10 plus | 3-4 years | 1 | $200.00 | $200.00 |
| AIRPODS PRO 1 (missing one air pod) | | 1 | $70.00 | $70.00 |
| AIRPODS PRO 2 | | 1 | $149.00 | $149.00 |
| Andis Professional 04710 T-Outliner Personal Trimmer | 10 years are more | 1 | $75.00 | $75.00 |
| Hairclippers Andis Faders | 10 years are more | 1 | $75.00 | $75.00 |
| Bevel Trimmer, Cordless, Rechargeable, Tool-free Zero Gap Dial, High Power, 4+ Hour Battery Life, 6 Month Standby | | 1 | $110.00 | $110.00 |
| Hairclippers Oster | roughly 10 years | 1 | $80.00 | $80.00 |

| | 2 years | 1 | $35.00 | $35.00 |
|---|---|---|---|---|
| Philips Norelco Multigroomer All-in-One Trimmer Series 7000, 23 Piece Mens Grooming Kit, Trimmer for Beard, Head, Body, and Face, NO BLADE OIL NEEDED, MG7750/49 | | | | |
| EV outdoor Spearker | | 1 | $150.00 | $150.00 |
| Cannon 5d Mark II | 10 years are more | 1 | $249.00 | $249.00 |
| Cannon 5d | 10 years are more | 1 | $205.00 | $205.00 |
| USED Canon 70-200MM F2.8 L IS USM AF | 17 years are more | 1 | $750.00 | $750.00 |
| Canon EF 50mm f1.4 USM Medium Telephoto Lens for Canon SLR Cameras | 16 years are more | 1 | $200.00 | $200.00 |
| Cannon leans | 10 years are more | 1 | $100.00 | $100.00 |
| Vornado 660 Large Whole Room Air Circulator Fan for Home, 4 Speeds and 90-Degree Adjustable Tilt, Removable Grill, 10 Inch, Moves Air 100 Feet, Floor Fan for Bedroom, Office, Black | 1 years | 1 | $0.00 | $0.00 |
| Raven Scanner | | 1 | $146.00 | $146.00 |
| Raven Scanner Pro | | 1 | $380.00 | $380.00 |
| Hp Printer Ink Jet | | 1 | $75.00 | $75.00 |
| NOCO GENIUS10, 10A Smart Car Battery Charger, 6V and 12V Automotive Charger, Battery Maintainer, Trickle Charger, Float Charger and Desulfator for Motorcycle, ATV, Lithium and Deep Cycle Batteries | 3 year | 1 | $50.00 | $50.00 |
| Battery jumpy | 6 year | 1 | $50.00 | $50.00 |
| 16 port switch | 3 years | 1 | $100.00 | $100.00 |
| 24 port switch | more than 5 years | 1 | $200.00 | $200.00 |
| Dream Machine Pro | 4-5 months | 2 | $200.00 | $400.00 |

| | | | | |
|---|---|---|---|---|
| Ring Alarm 5 Piece Kit – Home Security System with optional 24/7 Professional Monitoring – No long-term contracts – Works with Alexa | | 1 | $65.00 | $65.00 |
| Ring Spotlight Cam Wired: Plugged-in HD security camera with built-in spotlights, two-way talk and a siren alarm, White, Works with Alexa | | 1 | $65.00 | $65.00 |
| Ring Video Doorbell Pro, Works with Alexa (existing doorbell wiring required) | | 1 | $65.00 | $65.00 |
| Introducing Echo Show 5 – Compact smart display with Alexa - Charcoal | | 1 | $40.00 | $40.00 |
| Ring outdoor lights | | 4 | $30.00 | $120.00 |
| Ring Alarm indoor Cameras | | 1 | $250.00 | $250.00 |
| UPS power supply | | 1 | $45.00 | $45.00 |
| Dewalt Drills (impact and drill) | | 1 | $297.00 | $297.00 |
| Dell Desktop | | 1 | $500.00 | $500.00 |
| HP OfficeJet Pro 8615 | | 1 | $199.00 | $199.00 |
| Cannon video camera 2005-2008 | 18-20 years old | 1 | $30.00 | $30.00 |
| Google Chrome | 1 year | 2 | $30.00 | $60.00 |
| Fire TV 2nd Generation | | 2 | $30.00 | $60.00 |
| Fire TV Stick | | 1 | $15.00 | $15.00 |
| Amazon Echo 1st Gen | | 1 | $20.00 | $20.00 |
| Amazon Echo Studio | 2 years | 1 | $150.00 | $150.00 |
| Playstation 5 & controller | 1 Year | 1 | $450.00 | $450.00 |
| Playstation games | | 1 | $250.00 | $250.00 |
| Xbox | | 1 | $110.00 | $110.00 |
| Xbox 360 | 15-20 years old | 1 | $150.00 | $150.00 |
| Unifi Access Points | 3-10 years | 5 | $75.00 | $375.00 |
| MyQ Smart Garage Door Opener Chamberlain MYQ-G0301 - Wireless & Wi-Fi enabled Garage Hub with Smartphone Control | 5 Years | 1 | $20.00 | $20.00 |
| Paper Sheddar | | 1 | $65.00 | $65.00 |
| External Hards | | 3 | $75.00 | $225.00 |

| | | | | |
|---|---|---|---|---|
| ELAC - Debut F5 Tower Speakers (Each) | 9 years | 2 | $150.00 | $300.00 |
| ELAC S12EQ Debut Series 1000 Watt Powered Subwoofer by Andrew Jones with AutoEQ | 9 years | 1 | $330.00 | $330.00 |
| Elac Surrond Sound Center | | 1 | $110.00 | $110.00 |
| ELAC B6 Debut Series 6.5" Bookshelf Speakers by Andrew Jones (Pair) | 9 years | 1 | $300.00 | $300.00 |
| Yamaha RX-V677 7.2-channel Wi-Fi Network AV Receiver with AirPlay | 9 years | 1 | $125.00 | $125.00 |
| Hp Monitor | 3 years | 1 | $125.00 | $125.00 |
| Hue Bridge | 3 months | 2 | $70.00 | $140.00 |
| Bonsaii Paper Shredder | 6 months | 1 | $110.00 | $110.00 |
| Logitech for Creators Litra Beam Premium LED Streaming Key Light with TrueSoft,Adjustable Desktop Mount,Brightness/Color Temp Settings,Desktop App Control for PC/Mac - for Tiktok/YouTube/Zoom Meeting | 1 Years | 2 | $65.00 | $130.00 |
| Rowenta Steam Force Stainless Steel Soleplate Steam Iron for Clothes 400 Microsteam Holes, Cotton, Wool, Poly, Silk, Linen, Nylon 1800 Watts Ironing, Fabric Steamer, Precision Tip, Powerful DW9280 | 2 Years | 1 | $25.00 | $25.00 |
| CyberPower EC650LCD Ecologic Battery Backup & Surge Protector UPS System, 650VA/390W, 8 Outlets, ECO Mode, Compact Uninterruptible Power Supply | 9 years | 1 | $65.00 | $65.00 |
| CyberPower EC650LCD Ecologic Battery Backup & Surge Protector UPS System, 650VA/390W, 8 Outlets, ECO Mode, Compact Uninterruptible Power Supply | 9 years | 1 | $65.00 | $65.00 |

| | | | | |
|---|---|---|---|---|
| Panasonic Ear and Nose Hair Trimmer for Men with Vacuum Cleaning System, Powerful Motor and Dual-Edge Blades for Smoother Cutting, Wet/Dry – ER-GN70-K (Black) | 2 Years | 1 | $35.00 | $35.00 |
| Rowenta DW9280 Digital Display Steam Iron, Stainless Steel Soleplate, 1800-Watt, 400-Hole, Blue | 3 years | 1 | $75.00 | $75.00 |
| RENPHO Body Fat Scale Smart BMI Scale Digital Bathroom Wireless Weight Scale, Body Composition Analyzer with Smartphone App sync with Bluetooth, 396 lbs - Black | 3 years | 1 | $8.00 | $8.00 |
| Keurig K-Cafe Single-Serve K-Cup Coffee Maker, Latte Maker and Cappuccino Maker, Comes with Dishwasher Safe Milk Frother, Coffee Shot Capability, Compatible With all Keurig K-Cup Pods, Dark Charcoal | 3 years | 2 | $99.00 | $198.00 |
| reiga 52 Inch Modern Smart WiFi Ceiling Fan with Light and Remote Control, Living Room Bedroom Patio 3 Blade Ceiling Fans with Reversible Mute DC Motor, Silver | 3 years | 2 | $99.00 | $198.00 |
| Chandeliers Firework LED Light Stainless Steel Crystal Pendant Lighting Ceiling Light Fixtures Chandeliers Lighting,Dia 31.5 inch | 3 years | 1 | $99.00 | $99.00 |
| Brilliant Smart Home Control (4-Switch Panel) — Alexa Built-In & Compatible with Ring, Sonos, Hue, Google Nest, Wemo, SmartThings, Apple HomeKit — In-Wall Touchscreen Control for Lights, Music, & More | 4 years | 1 | $120.00 | $120.00 |
| August Home Smart Keypad, Pair with Your August Smart Lock - Grant Guest Access with Unique Keycodes, Dark Gray | 4 years | 1 | $30.00 | $30.00 |
| August Home, Silver Wi-Fi Connected Smart Keyless Entry Door Lock, Electronic Door Lock Fits Your Existing Deadbolt in Minutes,  AUG-SL05-M01-S01 | 4 years | 2 | $75.00 | $150.00 |

| | | | | |
|---|---|---|---|---|
| Brilliant Smart Home Control (2-Switch Panel) — Alexa Built-In & Compatible with Ring, Sonos, Hue, Google Nest, Wemo, SmartThings, Apple HomeKit — In-Wall Touchscreen Control for Lights, Music, & More | 4 years | 3 | $55.00 | $165.00 |
| Fire TV Cube, hands-free with Alexa and 4K Ultra HD, streaming media player (Includes $45 Sling TV credit) | 4 years | 1 | $20.00 | $20.00 |
| Introducing Ring Smart Lighting - Bridge, White | 4 years | 1 | $10.00 | $10.00 |
| Waterpik Water Flosser Electric Dental Countertop Oral Irrigator For Teeth – Aquarius Professional, WP-662 Black | 4 years | 1 | $20.00 | $20.00 |
| MyQ Smart Garage Door Opener Chamberlain MYQ-G0301 - Wireless & Wi-Fi enabled Garage Hub with Smartphone Control | 4 years | 1 | $10.00 | $10.00 |
| Synology 4 bay NAS DiskStation DS918+ (Diskless) | 4 years | 1 | $100.00 | $100.00 |
| All-new Echo (2nd Generation) with improved sound, powered by Dolby, and a new design – Charcoal Fabric | 7 years | 1 | $25.00 | $25.00 |
| Logitech K780 Multi-Device Wireless Keyboard for Computer, Phone and Tablet – Logitech FLOW Cross-Computer Control Compatible | 7 years | 1 | $35.00 | $35.00 |
| TP-Link 8-Port Gigabit Ethernet Steel Network Switch \| Unmanaged (TL-SG108) | 7 years | 1 | $10.00 | $10.00 |
| TP-Link 8-Port Gigabit Ethernet Plastic Desktop Switch (TL-SG1008D) | 7 years | 1 | $3.00 | $3.00 |

| | | | | |
|---|---|---|---|---|
| rolls HE18 Hum Eliminator | 8 years | 1 | $12.00 | $12.00 |
| CyberPower CP1500AVRLCD Intelligent LCD UPS 1500VA 900W AVR Mini-Tower | 8 years | 1 | $15.00 | $15.00 |
| T-fal BF6138 Balanced Living 4-Cup 1750-Watt Electric Travel Cordless Kettle with Variable Temperature and Auto Shut Off, 1-Liter, Black | 9 years | 1 | $5.00 | $5.00 |
| PYLE PT8000CH Rack Mount 8000-Watt 8 Channel Stereo/Mono Amplifier | 9 years | 1 | $120.00 | $120.00 |
| Amazon Fire TV - 1st Generation | 9 years | 1 | $10.00 | $10.00 |
| DYMO 1755120 LabelWriter 4XL Thermal Label Printer | 9 years | 1 | $25.00 | $25.00 |
| Fotodiox 10DISH-28-Bwn Fotodiox Pro Beauty Dish 28-Inch (70CM) for Bowens Gemini Standard, Classica Powerpack, R Series, Rx Series and Pro Series Strobe Flash Light, Beautydish - White | 9 years | 1 | $50.00 | $50.00 |
| PNY Turbo 256GB USB 3.0 Flash Drive - P-FD256TBOP-GE | 9 years | 1 | $20.00 | $20.00 |
| Rode VideoMic Pro Compact VMP Shotgun Microphone | 9 years | 1 | $50.00 | $50.00 |
| CyberPower BRG1500AVRLCD UPS 1500VA/900W 12 Outlets AVR LCD USB Ports Mini Tower (NEWEST GENERATION) | 10 years | 1 | $25.00 | $25.00 |
| SanDisk Cruzer CZ36 64GB USB 2.0 Flash Drive, Frustration-Free Packaging- SDCZ36-064G-AFFP | 10 years | 1 | $15.00 | $15.00 |

| | | | | |
|---|---|---|---|---|
| SanDisk Ultra 64GB UHI-I/Class 10 Micro SDXC Memory Card Up to 48MB/s With Adapter- SDSDQUAN-064G-G4A [Newest Version] | 10 years | 1 | $10.00 | $10.00 |
| Seagate Backup Plus 4TB Desktop External Hard Drive with Mobile Device Backup USB 3.0 (STDT4000100) | 10 Years | 1 | $75.00 | $75.00 |
| Transcend USB 3.0 Super Speed Multi-Card Reader for SD/SDHC/SDXC/MS/CF Cards (TS-RDF8K) | 10 Years | 1 | $8.00 | $8.00 |
| SanDisk Cruzer Fit CZ33 32GB USB Flash Drive (SDCZ33-032G-B35) | 11 Years | 1 | $20.00 | $20.00 |
| Logitech Wireless Performance Mouse MX for PC and Mac | 11 Years | 1 | $10.00 | $10.00 |
| SanDisk Ultra 64 GB SDXC Class 10 30MB/s (SDSDU-064G-U46) | 12 Years | 1 | $10.00 | $10.00 |
| Canon EOS 5D Mark III 22.3 MP Full Frame CMOS with 1080p Full-HD Video Mode Digital SLR Camera (Body) | 12 Years | 1 | $250.00 | $250.00 |
| Western Digital My Book Essential 3 TB USB 3.0/2.0 Desktop External Hard Drive | 12 Years | 1 | $15.00 | $15.00 |
| Canon Speedlite 580EX II Flash for Canon EOS Digital SLR Cameras | 13 Years | 1 | $65.00 | $65.00 |
| Canon Speedlite 580EX II Flash for Canon EOS Digital SLR Cameras | 13 Years | 1 | $65.00 | $65.00 |
| Unbranded sound system | 20 years | 1 | $25 | $25 |

| | | | | |
|---|---|---|---|---|
| | | | | $20,045.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard** | **Lemond** | **Tate** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern**   District of **Texas**

Case number
(if known)

❑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2750 Clay St Houston, TX 77003-4519** <br> Line from *Schedule A/B*: **1.1** | **$403,000.00** | ☑ **$146,468.00** <br> ❑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2025 RAM 1500** <br> Line from *Schedule A/B*: **3.1** | **$34,000.00** | ☑ **$0.00** <br> ❑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ❑ No

      ❑ Yes

Debtor 1   **Richard**        **Lemond**        **Tate**                Case number *(if known)* _____

          First Name        Middle Name        Last Name

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: **SEE ITEMIZED LISTING OF HOUSEHOLD GOODS AND FURNISHINGS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE AS EXHIBIT "A"**<br><br>Line from *Schedule A/B:* ___6___ | $13,565.00 | ☑ $50,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **SEE ITEMIZED LISTING OF ELECTRONIC GOODS AND ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE AS EXHIBIT "B"**<br><br>Line from *Schedule A/B:* ___7___ | $20,045.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **9MM GLOCK 19**<br><br>Line from *Schedule A/B:* ___10___ | $325.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **AMMUNITION (50 ROUNDS)**<br><br>Line from *Schedule A/B:* ___10___ | $25.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: **PANTS, SHIRTS, SHOES, ETC.**<br><br>Line from *Schedule A/B:* ___11___ | $450.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:     **Tate, Richard Lemond**                              CASE NO

                                                                 CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real Estate | $403,000.00 | $256,532.00 | $146,468.00 | $146,468.00 | $0.00 |
| 3. | Motor vehicle | $34,000.00 | $8,005.00 | $25,995.00 | $0.00 | $25,995.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $13,565.00 | $0.00 | $13,565.00 | $50,000.00 | ($36,435.00) |
| 7. | Electronics | $20,045.00 | $0.00 | $20,045.00 | $0.00 | $20,045.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $350.00 | $0.00 | $350.00 | $0.00 | $350.00 |
| 11. | Clothes | $450.00 | $0.00 | $450.00 | $0.00 | $450.00 |
| 12. | Jewelry | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Nonfarm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $75.00 | $0.00 | $75.00 | $0.00 | $75.00 |
| 17. | Deposits of money | $33.41 | $0.00 | $33.41 | $0.00 | $33.41 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $48,190.00 | $0.00 | $48,190.00 | $0.00 | $48,190.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $45,321.00 | $0.00 | $45,321.00 | $0.00 | $45,321.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **Tate, Richard Lemond**

CASE NO

CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $10,000,000.00 | $0.00 | $10,000,000.00 | $0.00 | $10,000,000.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:    **Tate, Richard Lemond**                         CASE NO

                                                          CHAPTER  **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                        Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|     | **TOTALS:** | **$10,565,029.41** | **$264,537.00** | **$10,300,492.41** | **$196,468.00** | **$10,140,459.41** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:     **Tate, Richard Lemond**                           CASE NO

                                                             CHAPTER  **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #3*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| SWIFT DELIVERY, LLC (NON-OPERATIONAL) (VALUE BASED ON REMAINING HARD ASSETS CONSISTING OF LAPTOPS, PRINTERS, ETC) | $4,929.00 | | $4,929.00 |
| ZELLO WELLNESS, LLC (OPENED IN 2024 BUT NEVER OPERATED, NO FUNDS OR BANK ACCOUNTS) | $0.00 | | $0.00 |
| APF HEALTHCARE ENTERPRISE LLC | $0.00 | | $0.00 |
| TATE LOGISTICS, LLC (NEVER OPERATIONAL) | $0.00 | | $0.00 |
| SOCIAL WAVE (NEVER OPERATED | $0.00 | | $0.00 |
| **TOTALS:** | **$4,929.00** | **$0.00** | **$4,929.00** |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| SEE ITEMIZED LISTING OF ELECTRONIC GOODS AND ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE AS EXHIBIT "B" | $20,045.00 | $0.00 | $20,045.00 | $20,045.00 |
| 2025 RAM 1500 | $34,000.00 | $8,005.00 | $25,995.00 | $25,995.00 |
| 9MM GLOCK 19 | $325.00 | $0.00 | $325.00 | $325.00 |
| AMMUNITION (50 ROUNDS) | $25.00 | $0.00 | $25.00 | $25.00 |
| PANTS, SHIRTS, SHOES, ETC. | $450.00 | $0.00 | $450.00 | $450.00 |
| CASH ON HAND DATE OF FILING | $75.00 | $0.00 | $75.00 | $75.00 |
| BANK OF AMERICA<br>Savings account<br>Acct. No.: 3026 | $7.44 | $0.00 | $7.44 | $7.44 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:     **Tate, Richard Lemond**                                     CASE NO

                                                                        CHAPTER  **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #4*

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| BANK OF AMERICA (INHERITED FATHER'S COMPANY FUNDS ON HAND)<br>Checking account<br>Acct. No.: 0091 | $25.97 | $0.00 | $25.97 | $25.97 |
| FITNESS INVESTMENT GROUP SHOPS AT HIGHLIGHT PARK. [NON-OPERATIONAL, BUSINESS HAS A PENDING LAWSUIT FOR VALUE IS BASED ON ESTIMATED VALUE OF INVENTORY OF $11,290.00 CONSISTING OF FITNESS EQUIPMENT] | $11,290.00 | $0.00 | $11,290.00 | $11,290.00 |
| FITNESS INVESTMENT GROUP HOUSTON HEIGHTS (LAWSUIT AND EQUIPMENT VALUED AT $35,000.00) | $35,100.00 | $0.00 | $35,100.00 | $35,100.00 |
| FITNESS INVESTMENT GROUP (LAWSUIT & VALUE OF EQUIPMENT) | $1,800.00 | $0.00 | $1,800.00 | $1,800.00 |
| FIDELITY | $45,321.00 | $0.00 | $45,321.00 | $45,321.00 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:      **Tate, Richard Lemond**

CASE NO

CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #5*

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| Richard Tate et al. v. Floyd Mayweather Jr. et al., case no. 24STCV16996 The First Amended Complaint in the Los Angeles Superior Court matter entitled Richard Tate (Mr. Tate) et al. v. Floyd Mayweather Jr. et al., case no. 24STCV16996 (the "LA Case"), filed on August 19, 2024, by RICHARD TATE, an individual, and FITNESS INVESTMENT GROUP VICTORY PARK, LLC, a limited liability company, FITNESS INVESTMENT GROUP, LLC, a limited liability company, FITNESS INVESTMENT GROUP SHOPS AT HIGHLAND PARK, LLC, a limited liability company, and FITNESS INVESTMENTS GROUP HOUSTON HEIGHTS LLC, a limited liability company, (the Plaintiffs) against FLOYD MAYWEATHER JR. an individual, JAMES WILLIAMS, an individual, MICHAEL J. DELUCA MELBY, an individual, BURREL LEE WILKS III (Jr.), an individual; BRYAN DIAZ, an individual; MW FRANCHISE HOLDINGS INTERNATIONAL, LLC, a limited liability company, MW FITNESS HOLDINGS, LLC, a limited liability company, IVYFIT HOLDINGS, LLC a limited liability company (the Defendants) primarily centers around allegations of fraud and misrepresentation related to franchise agreements with "Mayweather Boxing + Fitness." Mr. Tate, who invested in these franchises, alleges he was misled by false promises, material omissions, and unrealistic financial projections provided by the Defendants in Franchise Disclosure Documents (FDDs) and during franchise negotiations, particularly at events like the 2020 Discovery Day. The causes of actions in the LA Case are summarized below: • Unlawful Offer and Sale of Franchises (Violation of Cal. Corp. Code §§ 31200, 31202, 31300): Defendants in the LA Case allegedly made untrue statements or omitted material facts, entitling Mr. Tate to damages in an amount to be determined but not less than $3,000,000. • Fraud: Allegations of fraud against the Defendants in the LA Case, including, but not limited to, misrepresentations in the 2019 and 2020 FDDs, entitling Mr. Tate to damages in an amount to be determined but not less than $3,000,000. • Promissory Fraud: Allegations of misleading promises against the Defendants in the LA Case made by MW executives at Discovery Day regarding financial support for franchisees, entitling Mr. Tate to damages in an amount to be determined but not less | $10,000,000.00 | $0.00 | $10,000,000.00 | $10,000,000.00 |

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|

than $3,000,000. • Negligent Misrepresentation: Claims that Defendants in the LA Case negligently provided false information in FDDs, entitling Mr. Tate to damages in an amount to be determined but not less than $3,000,000. • Refund of Amount Paid to Unlicensed Contractor (Violation of Cal. Bus. & Prof. Code § 7031(b)): Mr. Tate seeks the return of $150,000 paid to MW Franchise for unlicensed contracting services in the LA Case. • Unlawful, Unfair, and Fraudulent Business Practices (Violation of Cal. Bus. & Prof. Code § 17200 et seq.): Allegations that Defendants in the LA Case engaged in fraudulent business practices, entitling Mr. Tate to restitution and disgorgement of all sums paid under these practices, to be determined at trial but not less than $3,000,000. • Selling a Franchise in Violation of Cal. Corp. Code § 31119: Claims that the Defendants in the LA Case failed to provide FDDs in a timely manner as required by law, allowing Mr. Tate to seek rescission of agreements and damages to be determined at trial but not less than $3,000,000. The cause of actions listed above is a summarization; the reader of this summarization should review the LA Case in its entirety to obtain a full understanding of the complaint. In addition to the Mr. Tate claims, as currently asserted on August 19, 2024, in the LA Case, Mr. Tate may have the following further claims (more investigation is needed): • Unlawful, unfair and fraudulent business practices (violation of California Business and Professions Code § 17200 et seq.) against all Defendants in the LA Case based on Defendants' violation of the Franchise Rule (16 CFR § 436), entitling Mr. Tate to injunctive relief and restitution of all sums paid to Defendants, in an amount to be determined at trial but no less than $3,000,000; • Unlawful, unfair and fraudulent business practices against all Defendants in the LA Case based on Defendants engaging in mail and wire fraud, entitling Mr. Tate to injunctive relief and restitution of all sums paid to Defendants, in an amount to be determined at trial but no less than $3,000,000; • Civil claims under the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §§ 1961-68) against all Defendants in the LA Case based on Defendants engaging in mail and wire fraud, entitling Mr. Tate to treble damages based on his actual losses, as well as his attorney's fees and costs, in amount to be determined at trial but no less than $10,000,000.00

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:     **Tate, Richard Lemond**                                      CASE NO

                                                                                   CHAPTER  **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #6*

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **TOTALS:** | **$10,565,029.41** | **$264,537.00** | **$10,300,492.41** | **$10,140,459.41** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$10,565,029.41** |
| B. Gross Property Value of Surrendered Property | **$4,929.00** |
| C. Total Gross Property Value (A+B) | **$10,569,958.41** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$264,537.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$264,537.00** |
| G. Total Equity (not including surrendered property) / (A-D) | **$10,300,492.41** |
| H. Total Equity in surrendered items (B-E) | **$4,929.00** |
| I. Total Equity (C-F) | **$10,305,421.41** |
| J. Total Exemptions Claimed | **$196,468.00** |
| K. Total Non-Exempt Property Remaining (G-J) | **$10,140,459.41** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard** | **Lemond** | **Tate** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern**   District of   **Texas**

Case number (if known)

❑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **FREEDOM MORTGAGE CORP** | Describe the property that secures the claim: | $256,532.00 | $403,000.00 | $0.00 |
| Creditor's Name | **2750 Clay St Houston, TX 77003-4519** | | | |
| **951 W YAMATO RD STE 175** | | | | |
| Number         Street | **As of the date you file, the claim is:** Check all that apply. | | | |
| | ❑ Contingent | | | |
| | ❑ Unliquidated | | | |
| **BOCA RATON, FL 33431** | ❑ Disputed | | | |
| City          State          ZIP Code | | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ☑ Debtor 1 only | ❑ An agreement you made (such as mortgage or secured car loan) | | | |
| ❑ Debtor 2 only | ❑ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ❑ Debtor 1 and Debtor 2 only | ❑ Judgment lien from a lawsuit | | | |
| ❑ At least one of the debtors and another | ❑ Other (including a right to offset) | | | |
| ❑ **Check if this claim relates to a community debt** | | | | |
| **Date debt was incurred**   **10/9/2015** | **Last 4 digits of account number**   **1   2   6   3** | | | |

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$256,532.00** | |

Debtor 1   **Richard          Lemond          Tate**          Case number *(if known)* _____
       First Name          Middle Name          Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

**2.2**

**TD AUTO FINANCE**
Creditor's Name

**PO BOX 9223**
Number          Street

_____

**FARMINGTON HILLS, MI 48333**
City          State          ZIP Code

**Describe the property that secures the claim:**

| | Column A | Column B | Column C |
|---|---|---|---|
| **2025 RAM 1500** | $8,005.00 | $34,000.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

Date debt was incurred   **10/26/2024**

**Nature of lien.** Check all that apply.
❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset)   **AutoLoan** _____

Last 4 digits of account number   **5   5   1   8**

| | Amount |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $8,005.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $264,537.00 |

Fill in this information to identify your case:

Debtor 1    __Richard__    __Lemond__    __Tate__
            First Name     Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name   Last Name

United States Bankruptcy Court for the: ___**Southern**___   District of   ___**Texas**___

Case number
(if known)   _____

❑ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B:* **Property (Official Form 106A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G). Do not include any creditors with partially secured claims that are listed in** *Schedule D: Creditors Who Have Claims Secured by Property.* **If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims against you?**
    ❑ No. Go to Part 2.
    ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- | --- |

**2.1**

**IRS--Philadelphia**
Priority Creditor's Name

**Po Box 7346**
Number    Street

_____

**Philadelphia, PA 19101-7346**
City          State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**
❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

Total claim: **$232,787.00**    Priority amount: **$232,787.00**    Nonpriority amount: **$0.00**

Debtor 1      **Richard**          **Lemond**          **Tate**                    Case number *(if known)* _____
              First Name          Middle Name         Last Name

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |

**3.   Do any creditors have nonpriority unsecured claims against you?**

❏ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                            **Total claim**

**4.1   AP VICTORY PARK, LP**                        **Last 4 digits of account number**  __ __ __ __          **$290,000.00**
Nonpriority Creditor's Name
      **1616 Camden Rd # 210**                       **When was the debt incurred?**      _____

Number          Street

                                                     **As of the date you file, the claim is:** Check all that apply.
      **Charlotte, NC 28203-4925**                   ❏ Contingent
City            State          ZIP Code              ❏ Unliquidated
                                                     ❏ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                      **Type of NONPRIORITY unsecured claim:**
❏ Debtor 2 only                                      ❏ Student loans
❏ Debtor 1 and Debtor 2 only                         ❏ Obligations arising out of a separation agreement or divorce that you did not report as
❏ At least one of the debtors and another               priority claims
❏ **Check if this claim is for a community debt**    ❏ Debts to pension or profit-sharing plans, and other similar debts
                                                     ☑ Other. Specify  _____
**Is the claim subject to offset?**
☑ No
❏ Yes

**4.2   BANK OF AMERICA**                            **Last 4 digits of account number**  **3   6   1   0**    **$20,365.00**
Nonpriority Creditor's Name
      **PO BOX 982238**                              **When was the debt incurred?**      **5/21/2015**

Number          Street

                                                     **As of the date you file, the claim is:** Check all that apply.
      **EL PASO, TX 79998**                          ❏ Contingent
City            State          ZIP Code              ❏ Unliquidated
                                                     ❏ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                      **Type of NONPRIORITY unsecured claim:**
❏ Debtor 2 only                                      ❏ Student loans
❏ Debtor 1 and Debtor 2 only                         ❏ Obligations arising out of a separation agreement or divorce that you did not report as
❏ At least one of the debtors and another               priority claims
❏ **Check if this claim is for a community debt**    ❏ Debts to pension or profit-sharing plans, and other similar debts
                                                     ☑ Other. Specify  **CreditCard**
**Is the claim subject to offset?**
☑ No
❏ Yes

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page **2** of **15**

Debtor 1    **Richard**          **Lemond**          **Tate**          Case number *(if known)* _____

            First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.3**

| | |
|---|---|
| **BANK OF AMERICA** | Last 4 digits of account number **5 2 8 1**     **$0.00** |
| Nonpriority Creditor's Name | |
| **PO BOX 982238** | **When was the debt incurred?** **5/12/2007** |
| Number            Street | |
| | |
| **EL PASO, TX 79998** | **As of the date you file, the claim is:** Check all that apply. |
| City            State            ZIP Code | ❑ Contingent |
| | ❑ Unliquidated |
| **Who incurred the debt?** Check one. | ❑ Disputed |
| ☑ Debtor 1 only | |
| ❑ Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |
| ❑ Debtor 1 and Debtor 2 only | ❑ Student loans |
| ❑ At least one of the debtors and another | ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ❑ **Check if this claim is for a community debt** | ❑ Debts to pension or profit-sharing plans, and other similar debts |
| **Is the claim subject to offset?** | ☑ Other. Specify   **CreditCard** |
| ☑ No | |
| ❑ Yes | |

**4.4**

| | |
|---|---|
| **BEST BUY/CBNA** | Last 4 digits of account number **X X X X**     **unknown** |
| Nonpriority Creditor's Name | |
| **50 NORTHWEST POINT ROAD** | **When was the debt incurred?** **5/27/2003** |
| Number            Street | |
| | |
| **ELK GROVE VILLAGE, IL 60007** | **As of the date you file, the claim is:** Check all that apply. |
| City            State            ZIP Code | ❑ Contingent |
| | ❑ Unliquidated |
| **Who incurred the debt?** Check one. | ❑ Disputed |
| ☑ Debtor 1 only | |
| ❑ Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |
| ❑ Debtor 1 and Debtor 2 only | ❑ Student loans |
| ❑ At least one of the debtors and another | ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ❑ **Check if this claim is for a community debt** | ❑ Debts to pension or profit-sharing plans, and other similar debts |
| **Is the claim subject to offset?** | ☑ Other. Specify   **ChargeAccount** |
| ☑ No | |
| ❑ Yes | |

Debtor 1    **Richard**     **Lemond**     **Tate**      Case number *(if known)* _____

      First Name      Middle Name     Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims − Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.5**

**BEST BUY/CBNA**
Nonpriority Creditor's Name

**50 NORTHWEST POINT ROAD**
Number     Street

**ELK GROVE VILLAGE, IL 60007**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **8**   **5**   **0**   **8**

**When was the debt incurred?**    **11/24/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **ChargeAccount**

**$0.00**

**4.6**

**Chase Bank**
Nonpriority Creditor's Name

**383 Madison Ave**
Number     Street

**New York, NY 10017-3217**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

**$563,807.00**

Debtor 1   **Richard         Lemond         Tate**                    Case number *(if known)* _____

           First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---------|-------------------------------------------------------|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.7**

**CREDIT HUMAN FCU**
Nonpriority Creditor's Name

**PO BOX 1356**
Number            Street

**SAN ANTONIO, TX 78295**
City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1  8  0  1**

**When was the debt incurred?**   **7/3/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **AutoLoan**

**$0.00**

---

**4.8**

**DEPT OF EDUCATION/NELN**
Nonpriority Creditor's Name

**121 S 13TH ST**
Number            Street

**LINCOLN, NE 68508**
City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **5  8  8  5**

**When was the debt incurred?**   **9/4/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   _____

**$24,526.00**

Debtor 1     **Richard**     **Lemond**     **Tate**        Case number *(if known)* _____

      First Name       Middle Name       Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**     **Total claim**

---

**4.9**

**DEPT OF EDUCATION/NELN**
Nonpriority Creditor's Name

**121 S 13TH ST**
Number     Street

**LINCOLN, NE 68508**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **6**   **0**   **8**   **5**

**When was the debt incurred?**    **8/24/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$23,757.00**

---

**4.10**

**DEPT OF EDUCATION/NELN**
Nonpriority Creditor's Name

**121 S 13TH ST**
Number     Street

**LINCOLN, NE 68508**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **6**   **1**   **8**   **5**

**When was the debt incurred?**    **11/1/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$22,172.00**

---

Debtor 1  **Richard**　　　　**Lemond**　　　**Tate**　　　　　　　Case number *(if known)* _____

　　　　　　First Name　　　　Middle Name　　　Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.11**

**DEPT OF EDUCATION/NELN**
Nonpriority Creditor's Name

**121 S 13TH ST**
Number　　　　　Street

**LINCOLN, NE 68508**
City　　　　　State　　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**　　**5　9　8　5**

**When was the debt incurred?**　　**11/6/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Total claim: $7,989.00**

**4.12**

**DEPT OF EDUCATION/NELN**
Nonpriority Creditor's Name

**121 S 13TH ST**
Number　　　　　Street

**LINCOLN, NE 68508**
City　　　　　State　　　ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**　　**5　6　8　5**

**When was the debt incurred?**　　**8/5/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Total claim: $7,197.00**

Debtor 1    **Richard**        **Lemond**        **Tate**              Case number *(if known)* _____
           First Name       Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.13**

| **DEPT OF EDUCATION/NELN** | **Last 4 digits of account number**   **5  7  8  5** | **$4,583.00** |
|---|---|---|

Nonpriority Creditor's Name

**121 S 13TH ST**

**When was the debt incurred?**        **4/19/2017**

Number        Street

**LINCOLN, NE 68508**

City          State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

**4.14**

| **Highland Park Shops, LLC** | **Last 4 digits of account number**   __ __ __ __ | **$267,090.00** |
|---|---|---|

Nonpriority Creditor's Name

**2801 N Harwood St Ste 2500i**

**When was the debt incurred?**        _____

Number        Street

**Dallas, TX 75201-2747**

City          State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

Debtor 1 __**Richard**_____**Lemond**_____**Tate**_____  Case number *(if known)* _____
          First Name              Middle Name              Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---------|------------------------------------------------------|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.15**  **JPMCB CARD SERVICES**
Nonpriority Creditor's Name
**PO BOX 15369**
Number          Street

**WILMINGTON, DE 19850**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9   1   5   6**

**When was the debt incurred?**   **12/22/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **FlexibleSpendingCreditCard**

**Total claim  $18.00**

---

**4.16**  **Mayweather Fitness Holding LLC**
Nonpriority Creditor's Name
**Ashley Heltzel | Samini Block APC**
**650 Town Center Dr Ste 1500**
Number          Street
**Costa Mesa, CA 92626-7129**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __  __  __  __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ATTORNEY**

**unknown**

---

Official Form 106E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              page **9** of **15**

Debtor 1    **Richard**          **Lemond**          **Tate**              Case number *(if known)* _____

        First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.17** **Mayweather Franchise Holding LLC**

Nonpriority Creditor's Name

**MW Franchise Holdings International, LLC**

**7700 Windrose Ave # G300**

Number          Street

**Plano, TX 75024-0173**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$144,000.00**

---

**4.18** **SBA (7A )**

Nonpriority Creditor's Name

**U.S. Small Business Administration**

**Po Box 3918**

Number          Street

**Washington, DC 20027**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**  **06/03/2021**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$234,822.00**

Debtor 1  **Richard**          **Lemond**          **Tate**          Case number *(if known)* _____
          First Name           Middle Name         Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.19**  **SBA (EIDL )**

Nonpriority Creditor's Name

**U.S. Small Business Administration**

**Po Box 3918**

Number          Street

**Washington, DC 20027**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __          **$2,151,684.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.20**  **Shepherd 10 Owner LLC**

Nonpriority Creditor's Name

**Ste 300**

Number          Street

**Houston, TX 77042-5266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __          **$240,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Debtor 1   **Richard        Lemond        Tate**                     Case number *(if known)* _____
        First Name      Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.21**

| | |
|---|---|
| **SYNCB/AMAZON PLCC** | **Last 4 digits of account number**   **2   5   6   4**    **$6,422.00** |
| Nonpriority Creditor's Name | |
| **PO BOX 71727** | **When was the debt incurred?**   **12/10/2015** |
| Number          Street | |
| | |
| **PHILADELPHIA, PA 19176** | **As of the date you file, the claim is:** Check all that apply. |
| City          State          ZIP Code | ❑ Contingent |
| | ❑ Unliquidated |
| **Who incurred the debt?** Check one. | ❑ Disputed |
| ☑ Debtor 1 only | |
| ❑ Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |
| ❑ Debtor 1 and Debtor 2 only | ❑ Student loans |
| ❑ At least one of the debtors and another | ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ❑ **Check if this claim is for a community debt** | ❑ Debts to pension or profit-sharing plans, and other similar debts |
| **Is the claim subject to offset?** | ☑ Other. Specify   **ChargeAccount** |
| ☑ No | |
| ❑ Yes | |

**4.22**

| | |
|---|---|
| **SYNCB/ROOMS TO GO** | **Last 4 digits of account number**   **8   6   6   9**    **$0.00** |
| Nonpriority Creditor's Name | |
| **PO BOX 71727** | **When was the debt incurred?**   **8/8/2008** |
| Number          Street | |
| | |
| **PHILADELPHIA, PA 19176** | **As of the date you file, the claim is:** Check all that apply. |
| City          State          ZIP Code | ❑ Contingent |
| | ❑ Unliquidated |
| **Who incurred the debt?** Check one. | ❑ Disputed |
| ☑ Debtor 1 only | |
| ❑ Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |
| ❑ Debtor 1 and Debtor 2 only | ❑ Student loans |
| ❑ At least one of the debtors and another | ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ❑ **Check if this claim is for a community debt** | ❑ Debts to pension or profit-sharing plans, and other similar debts |
| **Is the claim subject to offset?** | ☑ Other. Specify   **ChargeAccount** |
| ☑ No | |
| ❑ Yes | |

Debtor 1   **Richard**      **Lemond**      **Tate**                     Case number *(if known)* _____

          First Name       Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.23**

**SYNCBPAYPALEXTRASMC**
Nonpriority Creditor's Name

**PO BOX 71727**
Number            Street

**PHILADELPHIA, PA 191761727**
City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **8  6  6  9**

**When was the debt incurred?**        **2/28/2007**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**$0.00**

---

**4.24**

**US DEPT OF ED/GLELSI**
Nonpriority Creditor's Name

**PO BOX 7860**
Number            Street

**MADISON, WI 53707**
City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **8  5  8  1**

**When was the debt incurred?**        **2/11/2011**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$0.00**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page **13** of **15**

Debtor 1    **Richard**      **Lemond**      **Tate**      Case number *(if known)* _____

     First Name        Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.25**   **US DEPT OF ED/GLELSI**       Last 4 digits of account number    **8 5 8 1**       **$0.00**

Nonpriority Creditor's Name

**PO BOX 7860**       **When was the debt incurred?**    **8/5/2016**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

**MADISON, WI 53707**

City      State      ZIP Code

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

Debtor 1   **Richard**          **Lemond**          **Tate**          Case number *(if known)* _____

         First Name          Middle Name          Last Name

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
    **Add the amounts for each type of unsecured claim.**

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $232,787.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $232,787.00 |

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $90,224.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $3,918,208.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $4,008,432.00 |

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Richard** | **Lemond** | **Tate** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:          **Southern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number      Street | |
| City               State      ZIP Code | |
| **2.2** | |
| Name | |
| Number      Street | |
| City               State      ZIP Code | |
| **2.3** | |
| Name | |
| Number      Street | |
| City               State      ZIP Code | |
| **2.4** | |
| Name | |
| Number      Street | |
| City               State      ZIP Code | |

Fill in this information to identify your case:

Debtor 1    **Richard**          **Lemond**          **Tate**
            First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name        Last Name

United States Bankruptcy Court for the: _____ **Southern** _____  District of _____ **Texas** _____

Case number
(if known)

❑ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1.  **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
    ☑ No
    ❑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ❑ No. Go to line 3.
    ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
        ☑ No
        ❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

        _____
        Name of your spouse, former spouse, or legal equivalent

        _____
        Number          Street

        _____
        City            State           ZIP Code

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br>_____<br>Number          Street<br>_____<br>City          State          ZIP Code | ❑ Schedule D, line _____<br>❑ Schedule E/F, line _____<br>❑ Schedule G, line _____ |
| **3.2** _____<br>Name<br>_____<br>Number          Street<br>_____<br>City          State          ZIP Code | ❑ Schedule D, line _____<br>❑ Schedule E/F, line _____<br>❑ Schedule G, line _____ |

Fill in this information to identify your case:

Debtor 1    __Richard__          __Lemond__          __Tate__
            First Name           Middle Name         Last Name

Debtor 2    _____
(Spouse, if filing)  First Name   Middle Name        Last Name

United States Bankruptcy Court for the:   __Southern District of Texas__

Case number
(if known)  _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                        **12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed ☐ Not Employed | ☐ Employed ☐ Not Employed |
| **Occupation** | **ATTORNEY** | |
| **Employer's name** | **ANTICIPATED INCOME-LOOKING FOR WORK** | |
| **Employer's address** | Number Street | Number Street |
| | City    State    Zip Code | City    State    Zip Code |
| **How long employed there?** | _____ | _____ |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.  **$5,525.00** | **$0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. + **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  **$5,525.00** | **$0.00** |

Debtor 1    **Richard**          **Lemond**          **Tate**                         Case number *(if known)* _____
            First Name           Middle Name         Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here............................................................→  4. | $5,525.00 | $0.00 |
| 5. | List all payroll deductions: | | |
| | 5a. Tax, Medicare, and Social Security deductions  5a. | $0.00 | $0.00 |
| | 5b. Mandatory contributions for retirement plans  5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans  5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans  5d. | $0.00 | $0.00 |
| | 5e. Insurance  5e. | $0.00 | $0.00 |
| | 5f. Domestic support obligations  5f. | $0.00 | $0.00 |
| | 5g. Union dues  5g. | $0.00 | $0.00 |
| | 5h. Other deductions. Specify: _____  5h. | + $0.00 | + $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6. | $0.00 | $0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4.  7. | $5,525.00 | $0.00 |
| 8. | List all other income regularly received: | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a. | $0.00 | $0.00 |
| | 8b. Interest and dividends  8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c. | $0.00 | $0.00 |
| | 8d. Unemployment compensation  8d. | $0.00 | $0.00 |
| | 8e. Social Security  8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____  8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income  8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: _____  8h. | + $0.00 | + $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9. | $0.00 | $0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse  10. | $5,525.00 + | $0.00 = $5,525.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. **+** _____ $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies     12.     $5,525.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 __**Richard**_____**Lemond**_____**Tate**_____

First Name        Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing)    First Name        Middle Name      Last Name

United States Bankruptcy Court for the: __**Southern District of Texas**__

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No

   ☐ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |
| _____ | _____ | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,259.00** |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | **$0.00** |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | **$67.00** |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | **$0.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | **$0.00** |

Debtor 1    **Richard**        **Lemond**        **Tate**                                Case number *(if known)* _____

First Name         Middle Name        Last Name

|  | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $400.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $70.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $298.00 |
| | 6d.  Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $350.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $25.00 |
| 10. | **Personal care products and services** | 10. | $90.00 |
| 11. | **Medical and dental expenses** | 11. | $25.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $110.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $50.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $400.00 |
| | 15c. Vehicle insurance | 15c. | $220.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **INCOME TAX SET ASIDE** | 16. | $833.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1  **2025 RAM 1500** | 17a. | $152.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: _____ | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $166.00 |

| Debtor 1 | **Richard** | **Lemond** | **Tate** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. **Other.** Specify: _____    21. +    $0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.    $5,515.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    $5,515.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I*.    23a.    $5,525.00

    23b. Copy your monthly expenses from line 22c above.    23b.  –    $5,515.00

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*    23c.    $10.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.

    None

Debtor 1    **Richard**          **Lemond**          **Tate**

First Name          Middle Name          Last Name

Case number *(if known)*

| | Amount |
|---|---|
| 6c. **Telephone, cell phone, Internet, satellite, and cable services** | |
| INTERNET | $50.00 |
| CABLE | $75.00 |
| AMAZON | $14.00 |
| NETFLIX | $9.00 |
| CELL PHONE | $150.00 |

Official Form 106J                    **Schedule J: Your Expenses**                    page **4**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard** | **Lemond** | **Tate** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.......................................................... | **$403,000.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................. | **$10,166,913.41** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................................... | **$10,569,913.41** |

## Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$264,537.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$232,787.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+ $4,008,432.00** |
| **Your total liabilities** | **$4,505,756.00** |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................................. | **$5,525.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................... | **$5,515.00** |

Debtor 1    **Richard**      **Lemond**      **Tate**        Case number *(if known)* _____

          First Name        Middle Name        Last Name

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☑ Yes

7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.      _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | **Total claim** |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

Debtor 1     **Richard**      **Lemond**      **Tate**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)
First Name      Middle Name      Last Name

United States Bankruptcy Court for the:     **Southern District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ . Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** /s/ **Richard Lemond Tate**
Richard Lemond Tate, Debtor 1

Date **11/15/2024**
MM/ DD/ YYYY

Official Form 106Dec      **Declaration About an Individual Debtor's Schedules**

Fill in this information to identify your case:

Debtor 1       __**Richard**__          __**Lemond**__          __**Tate**__
               First Name            Middle Name          Last Name

Debtor 2       _____
(Spouse, if filing)  First Name        Middle Name          Last Name

United States Bankruptcy Court for the:       **Southern District of Texas**

Case number    _____
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married

☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number  Street | From _____ To _____ | _____ Number  Street | From _____ To _____ |
| _____ City    State  ZIP Code | | _____ City    State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number  Street | From _____ To _____ | _____ Number  Street | From _____ To _____ |
| _____ City    State  ZIP Code | | _____ City    State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Richard**          **Lemond**          **Tate**_____    Case number *(if known)* _____
            First Name        Middle Name        Last Name

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❑ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00<br>$0.00 | ❑ Wages, commissions, bonuses, tips<br>❑ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, **2023** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00<br>(289,000.00) | ❑ Wages, commissions, bonuses, tips<br>❑ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $0.00<br>(270,000.00) | ❑ Wages, commissions, bonuses, tips<br>❑ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

❑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, **2023** )<br>YYYY | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022** )<br>YYYY | _____ | _____ | _____ | _____ |

Debtor 1   **Richard**          **Lemond**          **Tate**

          First Name          Middle Name          Last Name          Case number *(if known)* _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☑ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ |  |  | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ |  |  |  |

Debtor 1  **Richard**          **Lemond**          **Tate**                     Case number *(if known)* _____

       First Name          Middle Name          Last Name

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number     Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City          State     ZIP Code | | | | |

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **RICHARD TATE, FITNESS INVESTMENT GROUP, ET ALL V FLOYD MAYWEATHER, ET AL** | **FRAUDULENT BUSINESS PRACTICES INDUCING PLAINTIFF INTO FRANCHISE AGREEMENT** | **SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY**<br>Court Name<br>**STANLEY MOSK COURTHOUSE**<br>**111 N Hill St**<br>Number     Street<br>**Los Angeles, CA 90012-3107**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **24STCV16996** | | | |
| Case title | **HIGHLAND PARK SHOPS, LLC V. FITNESS INVESTMENT GROUP SHOPS AT HIGHLAND PARK, LLC** | | **DISTRICT COURT OF DALLAS COUNTY**<br>Court Name<br><br>Number     Street<br><br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | **DC-24-09519** | | | |

Debtor 1    **Richard**      **Lemond**      **Tate**            Case number *(if known)* _____

         First Name         Middle Name       Last Name

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **HIGHLAND PARK INDEPENDENT SCHOOL DIST. V FITNESS INVESTMENT GROUP HIGHLAND PARK AND RICHARD TATE** | **BUSINESS EQUIPMENT CONSIDERED PERSONAL PROPERTY FOR PURPOSES OF TAXATION. MR. TATE TO ARRANGE PAYMENT PLAN AFTER BANKRUPTCY** | **193 JUDICIAL DISTRICT COURT** <br> Court Name <br> **GEORGE ALLEN SR BLDG** <br> **600 Commerce St,** <br> Number   Street <br> **Dallas, TX 75202** <br> City    State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number **TX-23-02191** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

_____
Creditor's Name

_____
Number    Street

_____

_____
City        State    ZIP Code

| Describe the property | Date | Value of the property |
|---|---|---|
| | _____ | _____ |

**Explain what happened**

☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

_____
Creditor's Name

_____
Number    Street

_____
City        State    ZIP Code

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | _____ | _____ |

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

Official Form 107               **Statement of Financial Affairs for Individuals Filing for Bankruptcy**               page **5**

Debtor 1     **Richard**              **Lemond**              **Tate**                                    Case number *(if known)* _____
_____
            First Name            Middle Name            Last Name

| Part 5: | List Certain Gifts and Contributions |
|---------|--------------------------------------|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift _____ _____ Number     Street _____ City              State     ZIP Code Person's relationship to you _____ | | _____ _____ | _____ _____ |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

❑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name _____ _____ Number     Street _____ City              State     ZIP Code | | _____ _____ | _____ _____ |

| Part 6: | List Certain Losses |
|---------|---------------------|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

❑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

Debtor 1    **Richard**      **Lemond**      **Tate**        Case number *(if known)* _____

       First Name       Middle Name       Last Name

**Part 7:**   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❑ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **PHILLIP TRUEBA, ATTORNEY AT LAW**<br>Person Who Was Paid | **Attorney's Fee** | | |
| **13201 NORTHWEST FWY 800**<br>Number    Street | | **11/13/2024** | **$0.00** |
| | | | |
| **Houston, TX 77040**<br>City     State    ZIP Code | | | |
| | | | |
| Email or website address | | | |

Person Who Made the Payment, if Not You

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

❑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | _____ |
| | | _____ | _____ |
| City     State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No

❑ Yes. Fill in the details.

Debtor 1    **Richard**         **Lemond**         **Tate**

First Name        Middle Name        Last Name

Case number *(if known)* _____

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ Person Who Received Transfer _____ Number    Street _____ _____ City    State    ZIP Code Person's relationship to you _____ | | | _____ |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ _____ | | _____ |

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____ **Name of Financial Institution** _____ **Number    Street** _____ _____ **City    State    ZIP Code** | **XXXX–** ___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page **8**

Debtor 1  **Richard**          **Lemond**          **Tate**                          Case number *(if known)* _____
         First Name         Middle Name         Last Name

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No  ☐ Yes |
| **Number    Street** | **Number    Street** | | |
| **City          State    ZIP Code** | **City          State    ZIP Code** | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Storage Facility** | **Name** | | ☐ No  ☐ Yes |
| **Number    Street** | **Number    Street** | | |
| **City          State    ZIP Code** | **City          State    ZIP Code** | | |

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

---

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Owner's Name** | **Number    Street** | | _____ |
| **Number    Street** | **City          State    ZIP Code** | | |
| **City          State    ZIP Code** | | | |

Debtor 1   **Richard**          **Lemond**          **Tate**                              Case number *(if known)* _____

   First Name          Middle Name          Last Name

---

**Part 10:**  Give Details About Environmental Information

---

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City          State    ZIP Code | City          State   ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City          State    ZIP Code | City          State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❑ Yes. Fill in the details.

Debtor 1    **Richard          Lemond          Tate**                              Case number *(if known)* _____

First Name        Middle Name          Last Name

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ❑ Pending |
| _____ | Number      Street | | ❑ On appeal |
| Case number | City              State      ZIP Code | | ❑ Concluded |

---

## Part 11:    Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❑ A partner in a partnership

❑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **SWIFT DELIVERY LLC**<br>Name | **delivery service for Amazon** | EIN:  _8_ _3_ – _1_ _7_ _7_ _3_ _6_ _3_ _1_ |
| **2750 Clay St**<br>Number      Street | Name of accountant or bookkeeper | Dates business existed |
| **Houston, TX 77003-4519**<br>City              State      ZIP Code | | From  __08/30/2018__ To _____ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **AT HOME HEALTHCARE**<br>**GROUP LLC**<br>Name | | EIN:  __ __ – __ __ __ __ __ __ __ |
| **3139 W Holcombe Blvd Pmb 35**<br>Number      Street | Name of accountant or bookkeeper | Dates business existed |
| **Houston, TX 77025-1533**<br>City              State      ZIP Code | | From  __10/14/2019__ To _____ |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **11**

Debtor 1    **Richard          Lemond          Tate**                    Case number *(if known)* _____
             First Name        Middle Name       Last Name

| | | |
|---|---|---|
| **FITNESS INVESTMENT GROUP LLC**<br>Name | **Describe the nature of the business**<br><br>**FITNESS** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _8_ _5_ – _0_ _6_ _9_ _4_ _7_ _6_ _3_ |
| _____<br>**3139 W Holcombe Blvd Pmb 35**<br>Number      Street | **Name of accountant or bookkeeper** | **Dates business existed**<br><br>From   **02/20/2020**  To _____ |
| **Houston, TX 77025-1533**<br>City            State     ZIP Code | | |

| | | |
|---|---|---|
| **FITNESS INVESTMENT GROUP SHOPS AT HIGHLAND PARK LLC**<br>Name | **Describe the nature of the business**<br><br>**FITNESS** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _8_ _5_ – _3_ _4_ _2_ _0_ _5_ _8_ _1_ |
| _____<br>**4252 Oak Lawn Ave**<br>Number      Street | **Name of accountant or bookkeeper** | **Dates business existed**<br><br>From   **08/12/2020**  To _____ |
| **Dallas, TX 75219-2312**<br>City            State     ZIP Code | | |

| | | |
|---|---|---|
| **FITNESS INVESTMENT GROUP VICTORY PARK LLC**<br>Name | **Describe the nature of the business**<br><br>**fitness** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _8_ _5_ – _3_ _3_ _9_ _4_ _2_ _9_ _4_ |
| _____<br>**2401 Victory Park Ln**<br>Number      Street | **Name of accountant or bookkeeper** | **Dates business existed**<br><br>From   **08/14/2020**  To **07/31/2024** |
| **Dallas, TX 75219-8110**<br>City            State     ZIP Code | | |

| | | |
|---|---|---|
| **ZELLO FITNESS LLC**<br>Name | **Describe the nature of the business**<br><br>**FITNESS (never operated)** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: _9_ _9_ – _3_ _8_ _0_ _3_ _7_ _7_ _0_ |
| _____<br>**8 the Grn # B**<br>Number      Street | **Name of accountant or bookkeeper** | **Dates business existed**<br><br>From   **06/28/2024**  To _____ |
| **Dover, DE 19901-3618**<br>City            State     ZIP Code | | |

| | | |
|---|---|---|
| **HOUSTON FITNESS GROUP LLC**<br>Name | **Describe the nature of the business**<br><br>**GYM -BUT NEVER OPERATED OR PUT ANY PLANS IN EFFECT** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: __ __ – __ __ __ __ __ __ __ |
| _____<br>**3139 W Holcombe Blvd # A35**<br>Number      Street | **Name of accountant or bookkeeper** | **Dates business existed**<br><br>From   **2/26/2020**  To **6/24/2022** |
| **Houston, TX 77025-1533**<br>City            State     ZIP Code | | |

Debtor 1    **Richard          Lemond          Tate**                                    Case number *(if known)* _____

        First Name      Middle Name      Last Name

| NWB | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Name** | | |
| | **LOGISTICS (NEVER OPERATED--PLAN WAS TO OBTAIN FEDEX CONTRACT** | EIN: <u>9</u> <u>3</u> – <u>4</u> <u>9</u> <u>6</u> <u>2</u> <u>2</u> <u>0</u> <u>6</u> |
| **5900 Balcones Dr # 13206** | Name of accountant or bookkeeper | Dates business existed |
| **Number      Street** | | |
| **Austin, TX 78731-4257** | | From  <u>10/6/2023</u>  To _____ |
| **City           State     ZIP Code** | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ | _____ |
| **Name** | **MM / DD / YYYY** |
| _____ | |
| **Number      Street** | |
| _____ | |
| _____ | |
| **City           State     ZIP Code** | |

Debtor 1    **Richard**     **Lemond**     **Tate**        Case number *(if known)* _____

        First Name        Middle Name      Last Name

---

| Part 12: | Sign Below |
|---|---|

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X   **/s/ Richard Lemond Tate** _____

Signature of Richard Lemond Tate, Debtor 1

Date   **11/15/2024** _____

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Fill in this information to identify your case:

Debtor 1      **Richard**          **Lemond**          **Tate**
_____
              First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing)  _____
              First Name          Middle Name         Last Name

United States Bankruptcy Court for the:    **Southern District of Texas**
_____

Case number    _____
(if known)

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7        **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**

- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **FREEDOM MORTGAGE CORP**<br>Description of property securing debt: **2750 Clay St Houston, TX 77003-4519** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **TD AUTO FINANCE**<br>Description of property securing debt: **2025 RAM 1500** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |

Debtor 1    **Richard**          **Lemond**          **Tate**                          Case number *(if known)* _____
                First Name          Middle Name          Last Name

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. **Do not list real estate leases.** *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br><br> Description of leased property: | ❏ No <br> ❏ Yes |
| Lessor's name: <br><br> Description of leased property: | ❏ No <br> ❏ Yes |
| Lessor's name: <br><br> Description of leased property: | ❏ No <br> ❏ Yes |
| Lessor's name: <br><br> Description of leased property: | ❏ No <br> ❏ Yes |
| Lessor's name: <br><br> Description of leased property: | ❏ No <br> ❏ Yes |
| Lessor's name: <br><br> Description of leased property: | ❏ No <br> ❏ Yes |
| Lessor's name: <br><br> Description of leased property: | ❏ No <br> ❏ Yes |

| Part 3: | Sign Below |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X**  **/s/ Richard Lemond Tate**
      Signature of Debtor 1

Date **11/15/2024**
      MM/  DD/  YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**      Tate, Richard Lemond

Case No. _____

**Debtor**

Chapter _____ **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................................... **$8,600.00**

Prior to the filing of this statement I have received ...................................................................... **$0.00**

Balance Due .................................................................................................................................... **$8,600.00**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

<div style="border:1px solid black; padding:1em;">

<div align="center">CERTIFICATION</div>

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/15/2024** | **/s/ PHILLIP TRUEBA** |
|---|---|
| *Date* | PHILLIP TRUEBA |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 24005582
PHILLIP TRUEBA, ATTORNEY AT LAW
13201 NORTHWEST FWY 800
Houston, TX 77040
Phone: (713) 898-4004

</div>

**PHILLIP TRUEBA, ATTORNEY AT LAW**

*Name of law firm*

</div>

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Richard** | **Lemond** | **Tate** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number
(if known)

❑ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   **12/15**

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

---

### Part 1:  Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ❑ Yes.  Go to Part 2.

---

### Part 2:  Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ❑ No.  Go to line 3.

   ❑ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

      ❑ No.  Go to line 3.

      ❑ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ❑ No.  Complete Form 122A-1. Do not submit this supplement.

   ❑ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ❑ No.  Complete Form 122A-1. Do not submit this supplement.

      ❑ Yes.  Check any one of the following categories that applies:

         ❑ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ❑ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on ⎯⎯⎯⎯⎯⎯⎯⎯, which is fewer than 540 days before I file this bankruptcy case.

         ❑ **I am performing a homeland defense activity for at least 90 days.**

         ❑ **I performed a homeland defense activity for at least 90 days,** ending on ⎯⎯⎯⎯⎯⎯⎯⎯, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later

---

Official Form 122A-1Supp          **Statement of Exemption from Presumption of Abuse Under § 707(b)(2)**          page **1**

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Debtor 1**   Richard        Lemond        Tate
          First Name     Middle Name    Last Name

**Debtor 2**
(Spouse, if filing)   First Name     Middle Name    Last Name

United States Bankruptcy Court for the:   **Southern District of Texas**

Case number
(if known)

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income                    **12/19**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file** *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* **(Official Form 122A-1Supp) with this form.**

### Part 1:  Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

5.  **Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | - _____ | - _____ |
| Net monthly income from a business, profession, or farm | _____ | _____ |

**Copy here →**   _____   _____

6.  **Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | - _____ | - _____ |
| Net monthly income from rental or other real property | _____ | _____ |

**Copy here →**   _____   _____

7.  **Interest, dividends, and royalties**   _____   _____

Debtor 1   **Richard**   **Lemond**   **Tate**                    Case number *(if known)* _____

First Name       Middle Name      Last Name

| | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|

8. **Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ...................................................... ↓

For you.......................................................................... _____

For your spouse............................................................... _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____

_____

Total amounts from separate pages, if any.                    + _____     + _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    _____  +  _____  =  _____

**Total current<br>monthly income**

---

**Part 2:**  Determine Whether the Means Test Applies to You

---

12. **Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11........................................................................ **Copy line 11 here →** _____

Multiply by 12 (the number of months in a year).                                      **x 12**

12b.  The result is your annual income for this part of the form.                     12b. _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                 _____

Fill in the number of people in your household.     _____

Fill in the median family income for your state and size of household.......................................................................... 13. _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

Debtor 1 **Richard** **Lemond** **Tate** Case number *(if known)* _____

First Name      Middle Name      Last Name

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Richard Lemond Tate** _____

Signature of Debtor 1

Date **11/15/2024** _____

MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Tate, Richard Lemond**                                              CASE NO

                                                                                          CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **11/15/2024**          Signature                          **/s/ Richard Lemond Tate**
                                                                  Richard Lemond Tate, Debtor

AP VICTORY PARK, LP
1616 Camden Rd # 210
Charlotte, NC 28203-4925


BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998


BEST BUY/CBNA
50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE, IL 60007


Chase Bank
383 Madison Ave
New York, NY 10017-3217


CREDIT HUMAN FCU
PO BOX 1356
SAN ANTONIO, TX 78295


DEPT OF EDUCATION/NELN
121 S 13TH ST
LINCOLN, NE 68508


FREEDOM MORTGAGE CORP
951 W YAMATO RD STE 175
BOCA RATON, FL 33431


Highland Park Shops, LLC
2801 N Harwood St Ste 2500i
Dallas, TX 75201-2747

IRS--Philadelphia
Po Box 7346
Philadelphia, PA 19101-7346


JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON, DE 19850


Mayweather Fitness Holding
LLC
Ashley Heltzel | Samini Block APC
650 Town Center Dr Ste 1500
Costa Mesa, CA 92626-7129

Mayweather Franchise
Holding LLC
MW Franchise Holdings International, LLC
7700 Windrose Ave # G300
Plano, TX 75024-0173

SBA (7A )
U.S. Small Business Administration
Po Box 3918
Washington, DC 20027


SBA (EIDL )
U.S. Small Business Administration
Po Box 3918
Washington, DC 20027


Shepherd 10 Owner LLC
Ste 300
Houston, TX 77042-5266


SYNCB/AMAZON PLCC
PO BOX 71727
PHILADELPHIA, PA 19176

SYNCB/ROOMS TO GO
PO BOX 71727
PHILADELPHIA, PA 19176


SYNCBPAYPALEXTRASMC
PO BOX 71727
PHILADELPHIA, PA 191761727


TD AUTO FINANCE
PO BOX 9223
FARMINGTON HILLS, MI 48333


US DEPT OF ED/GLELSI
PO BOX 7860
MADISON, WI 53707